STATE OF NEW JERSEY v. JAMES PHILLIPS.

May 6, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY MURCHINSON.

May 6, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. HERBERT CUNNINGHAM.

May 6, 1986.

Petition for certification denied.

BERT A. BETTS, ETC., ET AL.

v.

BANHOLD CORPORATION, ETC., ET AL.

May 6, 1986.

Petition for certification denied.